# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

**James F. Riley**

    vs.

**A. W. Chesteron Company, et al**

JUDGMENT IN A CIVIL CASE

**CASE NO.**   7:05-CV-668

____  **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__  **DECISION BY COURT.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT HAVE BEEN GRANTED.
IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED MAY 18, 2006.

DEFENDANT WESTINGHOUSE ELECTRIC CORPORATION WAS TERMINATED IN THIS ACTION BY STIPULATION OF DISMISSAL FILED OCTOBER 24, 2005.
DEFENDANT UNITED STATES STEEL CORPORATION WAS TERMINATED IN THIS ACTION BY STIPULATION OF DISMISSAL FILED MAY 12, 2006.
DEFENDANT RPM INTERNATIONAL, INC. WAS TERMINATED IN THIS ACTION BY STIPULATION OF DISMISSAL FILED NOVEMBER 2, 2005.
DEFENDANT BOSTIK, INC. WAS TERMINATED IN THIS ACTION BY STIPULATION OF DISMISSAL FILED DECEMBER 9, 2005.

Dated:  May 18, 2006

*Lawrence K. Baerman*
Clerk of Court

s/S. Potter
By:  Deputy Clerk