DKT # 112

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JAMES F. RILEY,

                Plaintiff,

-vs-

A.W. CHESTERTON COMPANY, BOSTIK, INC.,
BUCKMAN LABORATORIES, INC.,
EXXON MOBIL CORPORATION,
McCORMICK PAINT WORKS COMPANY,
McKESSON CORPORATION,
RADIATOR SPECIALTY COMPANY,
RPM INTERNATIONAL, INC.,
SAFETY-KLEEN SYSTEMS, INC.,
SLACK CHEMICAL CO., INC., TEXACO, INC.,
UNITED STATES STEEL CORPORATION and
WESTINGHOUSE ELECTRIC CORPORARTION.

                Defendants.

STIPULATION OF
DISCONTINUANCE AS TO
DEFENDANT A.W.
CHESTERTON COMPANY
ONLY

Civil Action No. 7:05-cv-668

9/20/06
SO ORDERED
[signature]
USMJ

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued against the defendant, A.W. CHESTERTON COMPANY, only, with prejudice on the merits

waiving all rights of appeal, without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

DATED: July 19, 2006

OSBORN, REED & BURKE, LLP

By: _____
Christian C. Casini, Esq.
Attorneys for A.W. Chesterton Co.
1 Exchange Street
Rochester, New York 14614

DATED: July 21, 2006

THE SCHMIDT FIRM, LLP

By: _____
Keith E. Patton, Esq.
Attorneys for Plaintiff
2911 Turtle Creek Boulevard
Suite 1400
Dallas, Texas 75219

FINKELSTEIN & PARTNERS, LLP

By: _____
Eleanor L. Polimeni, Esq.
Attorneys for Plaintiff
436 Robinson Avenue
Newburgh, New York 12550

So Ordered: _____

DATED: July 26, 2006      COSTELLO, COONEY & FEARON, LLP

By: *[signature]*

Donald S. DiBenedetto, Esq.
Attorneys for Buckman Laboratories, Inc.
205 South Salina Street
Syracuse, New York 13202-1327

DATED: July 26, 2006

BOND, SCHOENECK &KING, PLLC

By: _____
S. Paul Battaglia, Esq.
Attorneys for Radiator Specialty Company
One Lincoln Center
Syracuse, New York 13202-1355

DATED: July 25, 2006

LAW OFFICES OF MICHAEL A. IACONO

By: _____
Peter J. Cambs, Sr., Esq.
Attorneys for Slack Chemical Co., Inc.
103 Commerce Boulevard
Liverpool, New York 13088

DATED: July ____, 2006                        WARD NORRIS HELLER & REIDY

                                               By:    _____
                                                      Thomas E. Reidy, Esq.
                                                      Attorneys for Texaco, Inc.
                                                      300 State Street
                                                      Rochester, New York  14614

DATED: July 28, 2006

JONES ROOK AUSTIN, LLP

By: _____
Christopher Carr, Esq.       Kevin Kudelka
Attorneys for Safety-Kleen Systems, Inc.
Mockingbird Station
5307 East Mockingbird Lane – Suite 810
Dallas, Texas  75206

13